# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 03 C 85 | DATE | 1/23/2003 |
| CASE TITLE | Joan P. Weiss vs. Credit Suisse First boston | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. This action is ordered transferred to the United States District Court for the Southern District of New York, pursuant to Section 1406(a).

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | | Document Number |
|---|---|---|---|---|---|
| | No notices required. | | number of notices | | |
| | Notices mailed by judge's staff. | | JAN 27 2003 | | |
| | Notified counsel by telephone. | | date docketed | | |
| ✓ | Docketing to mail notices. | | | | |
| | Mail AO 450 form. | | docketing deputy initials | | |
| | Copy to judge/magistrate judge. | | | | |
| SN | courtroom deputy's initials | Date/time received in central Clerk's Office | date mailed notice | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOAN P. WEISS, )
)
Plaintiff, )
)
v. ) No. 03 C 85
)
CREDIT SUISSE FIRST BOSTON, )
)
Defendant. )

## MEMORANDUM ORDER

Immediately upon its receipt of the chambers copy of the self-prepared Complaint of Employment Discrimination brought by Joan Weiss ("Weiss") against her ex-employer Credit Suisse First Boston, this Court issued its brief memorandum opinion and order ("Opinion")(1) pointing out the inappropriateness of bringing the action here under the venue provisions of 28 U.S.C. §1391(b)[1] and (2) extending the option to Weiss to have this action transferred to the United States District Court for the Southern District of New York. Within the time frame established by the Opinion, Weiss has elected that option (see the attached photocopy of her letter to that effect). Accordingly this action is ordered transferred to that District Court forthwith, pursuant to Section 1406(a).

                                      Milton I. Shadur
                                      Senior United States District Judge

Date: January 23, 2003

---

[1] All further references to Title 28's provisions will simply take the form "Section--."